IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:24-CV-24826-RNS

JESUS IGNACIO PEREZ MENDEZ,

       Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

       Defendant.

NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

**NOTICE IS HEREBY GIVEN** that Plaintiff Jesus Ignacio Perez Mendez and Defendant Equifax Information Services, LLC ("Equifax"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED this 13th day of March 2025

       */s/ David Pinkhasov*
       David Pinkhasov, FL # 1040933
       CONSUMER ATTORNEYS
       68-29 Main Street
       Flushing, NY 11367
       T: (718) 701-4605
       F: (718) 715-1750
       E: dpinkhasov@consumerattorneys.com
       *Attorneys for Plaintiff, Jesus Ignacio Perez Mendez*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ David Pinkhasov*
