IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:24-CV-24826-RNS

JESUS IGNACIO PEREZ MENDEZ,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jesus Ignacio Perez Mendez and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant. There are no remaining defendants in this matter.

Dated: April 30, 2025

| | |
|---|---|
| */s/ David Pinkhasov* | */s/ Jason Daniel Joffe* |
| David Pinkhasov, FL # 1040933 | Jason Daniel Joffe Florida Bar No. 0013564 |
| CONSUMER ATTORNEYS | SQUIRE PATTON BOGGS (US) LLP |
| 68-29 Main Street | 200 S. Biscayne Blvd., Suite 3400 |
| Flushing, NY 11367 | Miami, FL 33131 |
| T: (718) 701-4605 | Telephone: (305) 577-7000 |
| F: (718) 715-1750 | Facsimile: (305) 577-7001 |
| E: dpinkhasov@consumerattorneys.com | Email: jason.joffe@squirepb.com |
| *Attorney for Plaintiff,* | *Counsel for Defendant* |
| *Jesus Ignacio Perez Mendez* | *Equifax Information Services LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ David Pinkhasov*